UNION TRUST CO. OF NEW JERSEY, Respondent, v. WILLIAM R. JENKINS CO., Appellant. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by the Union Trust Company of New Jersey against the William R. Jenkins Company. M. Kirtland, of New York City, for appellant. W. M. K. Olcott, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

UNITED PRODUCE CO., Respondent, v. PADDLEFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the United Produce Company against Jesse F. Paddleford. No opinion. Order affirmed, with $10 costs and disbursements.